COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 November 12, 2015
 No. 10-15-00373-CR
 EX PARTE DONALD WAYNE GRAHAM
 
 
 Original Proceeding
 
--------------------------------------------------------------------------------
JUDGMENT

 This proceeding has been considered by the Court. Because the Court finds that it does not have jurisdiction of the proceeding, it is the judgment of this Court that the proceeding is dismissed. 
A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
PER CURIAM
SHARRI ROESSLER, CLERK

By: ___________________________
 Nita Whitener, Deputy Clerk